UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 00 CR 586-8 |
| ) | |
| MARLON JACKSON, ) | |
| ) | |
| Defendant. ) | |

**RELEASE OF JUDGMENT LIEN**

The court entered judgment in favor of the United States of America and against defendant Marlon Jackson. The liability to pay the judgement expired. The lien recorded at the Cook County Recorder's Office as document number 0020651121 on June 11, 2002 is hereby released.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Linda A. Wawzenski
    LINDA A. WAWZENSKI
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-353-1994
    linda.wawzenski@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Marlon Jackson
c\o Joseph A. Stewart
The Peacock Law Group
161 N. Clark Street
Suite 1600
Chicago, Illinois 60601

By: s/ Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312353-1994
linda.wawzenski@usdoj.gov